USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JOHN BONOMI,                                      :
                                                  :
                                                  :
                              Plaintiff,          :         1:25-cv-7664-GHW
                                                  :
              -against-                           :         ORDER
                                                  :
JPMORGAN CHASE BANK, N.A.,                         :
                                                  :
                              Defendant.          :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated October 21, 2025, Dkt. No. 10, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than December 10, 2025. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's October 21, 2025 order forthwith and in any event no later than December 12, 2025.

SO ORDERED.

Dated: December 11, 2025
New York, New York
                                        _____
                                             GREGORY H. WOODS
                                           United States District Judge