USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 9/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

JOHN BONOMI,

Plaintiff,

-against-

JPMORGAN CHASE BANK, N.A.,

Defendant.

---------------------------------------------------------------- X

1:25-cv-7664-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's August 21, 2026 order, Dkt. No. 33, the parties were directed to submit a joint status letter via ECF and to email a proposed case management plan to the Court no later than September 10, 2026. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's August 21, 2026 order forthwith and in any event no later than September 14, 2026.

SO ORDERED.

Dated: September 11, 2026
New York, New York

GREGORY H. WOODS
United States District Judge